# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HYSELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES YATES, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　／ | CASE NO. 1:10-cv-00192-SMS PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND FOR A THIRTY DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF SCREENING ORDER<br><br>(Doc. 1) |

　　　　Plaintiff Douglas Hysell is a state prisoner proceeding pro se in this civil action. Defendants Yates, Allen, C. Huckabay, Steel, D. Huckabay, Andrade, and Santos removed this action from Fresno County Superior Court on February 5, 2010. 28 U.S.C. § 1441(b). Defendants request to be relieved of their obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A. Fed. R. Civ. P. 81(c). Defendants seek a thirty day extension of time to respond to the complaint, to commence upon issuance of the screening order.

　　　　Defendants' request is HEREBY GRANTED, and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

**Dated:　February 8, 2010**　　　　　　　　　　／s／ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1